**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-7739**

_____

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

ELLANCER ALLEN MCGRADY, a/k/a Lance,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Shelby.   Martin K. Reidinger, District Judge.  (4:94-cr-00044-MR-1)

_____

Submitted:  June 30, 2011          Decided:  August 1, 2011

_____

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ellancer Allen McGrady, Appellant Pro Se.  Thomas Richard Ascik, Amy Elizabeth Ray, Assistant United States Attorneys, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ellancer Allen McGrady appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. McGrady, No. 4:94-cr-00044-MR-1 (W.D.N.C. Nov. 22, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED